# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2603
_____

UNITED FACULTY OF FLORIDA,

Appellant,

v.

PASCO-HERNANDO STATE
COLLEGE, Board of Trustees,

Appellee.

_____

On appeal from the Public Employees Relations Commission.
Donna Poole, Chair.

December 29, 2023

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard P. Siwica of Egan, Lev, & Siwica, P.A., Orlando, for Appellant.

Brian Koji of Allen, Norton & Blue, P.A., Tampa, for Appellee.